UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>VALERIE ATTINELLO, et al.,<br><br>    Defendants. | 1:19-cv-01579-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO ADD EXHIBIT TO COMPLAINT**<br><br>**(ECF No. 9.)** |

Gigi Fairchild-Littlefield ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On December 13, 2019, Plaintiff filed a request to add an exhibit to the Complaint. (ECF No. 9.)

Plaintiff's request shall be denied. As explained to Plaintiff in the court's prior order issued on December 3, 2019, Plaintiff may not add exhibits to the Complaint in this manner. Under Rule 220, Plaintiff may not amend the Complaint by adding exhibits submitted separately from the Complaint.[1] To add information or make a correction to the Complaint, Plaintiff must

---

[1] Local Rule 220 provides, in part:

    Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

1

file an amended complaint which is complete in itself, without reference to prior complaints. To add her exhibit, Plaintiff must file a First Amended Complaint, complete in itself, with the exhibit attached.

The court's prior order issued on December 3, 2019, informed Plaintiff that she may file an amended complaint at this stage of the proceedings without leave of court. (ECF No. 8.) Plaintiff was granted thirty days in which to file a First Amended Complaint not exceeding 26 pages. (Id.) If Plaintiff wishes to add her supporting exhibit to the amended complaint she should attach the exhibit to the First Amended Complaint.

Plaintiff is advised to review the court's order issued on December 3, 2019, which denied Plaintiff's prior request to add exhibits piecemeal to the Complaint. For the same reasons Plaintiff's request filed on December 13, 2019, shall also be denied.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to add an exhibit piecemeal to the Complaint, filed on December 13, 2019, is DENIED.

IT IS SO ORDERED.

Dated: **December 19, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE