UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>                   Plaintiff,<br><br>         vs.<br><br>ATTINELLO, et al.,<br><br>                   Defendants. | 1:19-cv-01579-JLT-GSA-PC<br><br>**ORDER REQUIRING DEFENDANT TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**(This order terms ECF No. 37.)**<br><br>**THIRTY-DAY DEADLINE** |

**I.    BACKGROUND**

Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with the Second Amended Complaint against Defendant Valerie Attinello for failure to provide adequate medical treatment in violation of the Eighth Amendment. (ECF No. 17.)[1]

On February 8, 2023, Plaintiff notified the Court that she is interested in participating in a settlement conference for this case.  (ECF No. 37.)

**II.    SETTLEMENT CONFERENCES**

The Court is able to refer cases for mediation before a participating United States Magistrate Judge.  Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California. Defendant shall notify the Court whether she believes,

---

[1] On February 3, 2022, the Court issued an order for this case to proceed only with Plaintiff's medical claim against defendant Valerie Attinello, and dismissing all other claims and defendants. (ECF No. 23.)

1

in good faith, that settlement in this case is a possibility and whether she is interested in having a settlement conference scheduled by the Court.[2]

Defendant's counsel shall also notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendant shall file a written response to this order.[3]

IT IS SO ORDERED.

Dated: **February 21, 2023**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[2] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[3] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.