# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ATTINELLO, et al.,<br><br>    Defendants. | 1:19-cv-01579-JLT-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO SCHEDULE SETTLEMENT CONFERENCE**<br><br>**(ECF No. 37.)** |

Plaintiff is a prisoner proceeding *pro se* and in *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the Second Amended Complaint filed on November 23, 2020 against Defendant Valerie Attinello ("Defendant") for denial of adequate medical care in violation of the Eighth Amendment.[1]  (ECF No. 17.)

On February 8, 2023, Plaintiff filed a motion for the Court to schedule a settlement conference for this case. (ECF No. 37.) On February 22, 2023, the Court issued an order requiring Defendant to respond, indicating whether defendant believed in good faith that a settlement conference would be beneficial at this stage of the proceedings. (ECF No. 41.)

On March 17, 2023, Defendant notified the Court that defendant does not believe a settlement conference would be productive at this time. (ECF No. 44.) Based on Defendant's

---

[1] On February 3, 2022, the Court dismissed all other claims and Defendants from this action, based on Plaintiff's failure to state a claim. (ECF No. 23.)

response the Court shall not schedule a settlement conference at this stage of the proceedings, thus Plaintiff's motion shall be denied.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for a settlement conference, filed on February 8, 2023, is DENIED.

IT IS SO ORDERED.

Dated:   **March 19, 2023**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE