# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD, | **1:19-cv-01579-JLT-GSA-PC** |
| Plaintiff, | **ORDER GRANTING DEFENDANT ATTINELLO'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR AWARD OF PUNITIVE DAMAGES, NUNC PRO TUNC** |
| vs. | |
| ATTINELLO, et al., | |
| Defendants. | |
| | **(ECF No. 49.)** |

Gigi Fairchild-Littlefield ("Plaintiff") is a prisoner proceeding *pro se* and in *forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2023, Defendant Attinello filed an *ex parte* application for extension of time to file opposition to Plaintiff's motion for summary judgment and motion for award of punitive damages. (ECF No. 49.)

On May 22, 2023, Defendant Attinello filed an opposition to Plaintiff's motion for summary judgment and motion for award of punitive damages. (ECF No. 50.) The Court has reviewed Defendant Attinello's application for extension of time and finds good cause to grant the requested extension of time *nunc pro tunc*.

Accordingly, IT IS HEREBY ORDERED that Defendant Attinello's ex parte application for extension of time to file opposition to Plaintiff's motion for summary judgment and motion for award of punitive damages, filed on April 13, 2023, is granted *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   **June 2, 2023**                    **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE