**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ATTINELLO,<br><br>          Defendant. | No.  1:19-cv-01579 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY<br><br>Docs. 46, 51, 64 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  On January 14, 2026, the magistrate judge issued Findings and Recommendations, recommending that Defendant's motion for summary judgment be granted.  (Docs. 94, 122.)  The Findings and Recommendations were served on the parties and notified them that any objections were to be filed within 21 days.  (Doc. 64 at 15.)  Plaintiff filed objections on January 28, 2026, and Defendant filed a response on February 6, 2026.  (Docs. 65, 66.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, including Plaintiff's objections to the Findings and Recommendations to grant Defendant's motion for summary judgment, the Court concludes that both Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

     1.     The Findings and Recommendations (Doc. 64) are **ADOPTED** in full.

2.     Plaintiff's motion for summary judgment (Doc. 46) is **DENIED**.

3.     Defendant's motion for summary judgment (Doc. 51) is **GRANTED**.

4.     The Clerk's Office is instructed to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED.

Dated:   **February 28, 2026**

UNITED STATES DISTRICT JUDGE